UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60107-CIV-ZLOCH

SONYA GOSSARD,

       Plaintiff,

vs.                             **FINAL ORDER OF DISMISSAL**

JP MORGAN CHASE & CO., a
foreign profit corporation,

       Defendant.
_____/

    THIS MATTER is before the Court upon the Notice Of Voluntary Dismissal (DE 3) filed herein by Plaintiff, Sonya Gossard. The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Plaintiff's Notice Of Voluntary Dismissal (DE 3) be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED**; and

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of February, 2008.

                                                WILLIAM J. ZLOCH
                                              United States District Judge

Copy furnished:
Loring N. Spolter, Esq.